IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

ANTHONY J. RICHARDS, )
)
        Plaintiff, )
) Civil No. 10-3139-TC
v. )
) ORDER
MICHAEL J. ASTRUE, Commissioner )
of Social Security, )
)
        Defendant. )
)

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on December 9, 2011. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. The ALJ's decision that Richards was not disabled as of August 31, 2007, is affirmed. The clerk of court is directed to enter judgment accordingly.

DATED this 17th day of Jan., 2012.

_____
United States District Judge

2  - ORDER